THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Willie Goodwin, Appellant.
 
 
 

Appeal From Richland County
J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No. 2012-UP-124   
 Submitted February 1, 2012  Filed
February 29, 2012

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, Assistant Attorney General Mark R. Farthing, and Solicitor Daniel E.
 Johnson, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Willie Goodwin appeals his sentence for
 five counts of distribution of marijuana, third offense, and one count of
 failure to stop for a blue light, arguing the plea judge erred in refusing to
 reconsider the sentence imposed after Goodwin's guilty plea.  Specifically,
 Goodwin argues the plea judge improperly considered inaccurate and prejudicial
 remarks made by the State during sentencing.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authorities: State v.
 Hicks, 377 S.C. 322, 325, 659 S.E.2d
 499, 500 (Ct. App. 2008) ("A judge or other sentencing authority is to be
 accorded very wide discretion in determining an appropriate sentence, and must
 be permitted to consider any and all information that reasonably might bear on
 the proper sentence for the particular defendant, given the crime
 committed."); State v. Barton, 325 S.C. 522, 531, 481 S.E.2d 439,
 444 (Ct. App. 1997) ("Absent partiality, prejudice, oppression, or corrupt
 motive, this [c]ourt lacks jurisdiction to disturb a sentence that is within
 the limit prescribed by statute.").
AFFIRMED.
PIEPER, KONDUROS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.